United States District Court
Southern District of Texas

**ENTERED**

August 26, 2016

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

CHARLES HAMILTON
       Plaintiff

v.                                                          Civil Action No. 4:16-cv-01193

CROSBY MARINE TOWING, LLC
       Defendant                                    **JURY TRIAL DEMANDED**

---

**ORDER**

---

Considering the foregoing Defendant Crosby Tugs, LLC's ("Crosby") Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Memorandum in Support, and the Court being in agreement that the Complaint of Plaintiff Charles Hamilton ("Plaintiff") fails to state a claim on which relief can be granted,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be and hereby is DISMISSED WITH PREJUDICE pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Done and signed at Houston, Texas, this 25th day of August , 2016

THE HONORABLE VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE